FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>      Plaintiff,<br><br> v.<br><br>FRANKLIN TRUSTEE ROY; CHRISTENSEN ENTERPRISES, LLC; and LORETTA L. KILKENNY, individually,<br><br>      Defendants. | NO: 4:21-CV-5043-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 8. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 8**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** July 13, 2021.

                                            *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge